Mary DEE, respt., v. CORNING & PAINTED POST ST. RY., applt. (Supreme Court, Appellate Division, Fourth Department. March 15, 1916.) Judgment and order reversed and new trial granted, with costs to appellant to abide event. Held: That the finding of the jury that the car stopped and started with a sudden jerk, is against the weight of the evidence. All concur, except Kruse, P. J., who dissents.

Margaret F. DEFFLAY, respondent, v. Mulford MARTIN, appellant. (Supreme Court, Appellate Division, Second Department. April 25, 1916.) Judgment and order unanimously affirmed, with costs. No opinion.

James C. DE GROFF, respondent, v. Antonio PANSINI et al., appellants. (Supreme Court, Appellate Division, Second Department. April 7, 1916.) Motion denied, with $10 costs.

Emma J. DELAMATER, respondent, v. SAKS & COMPANY, appellant. (Appeal No. 1.) (Supreme Court, Appellate Division, Second Department. March 31, 1916.) Order affirmed, with $10 costs and disbursements. No opinion. Jenks, P. J., and Thomas, Mills, and Rich, JJ., concur. Carr, J., not voting.

Emma J. DELAMATER, respondent, v. SAKS & COMPANY, appellant. (Appeal No. 2.) (Supreme Court, Appellate Division, Second Department. March 31, 1916.) Order affirmed, with $10 costs and disbursements. No opinion. Jenks, P. J., and Thomas, Mills, and Rich, JJ., concur. Carr, J., not voting.

In the Matter of the Probate of the Last WILL and Testament OF Virgilio DEL GENOVESE, deceased. (Supreme Court, Appellate Division, Second Department. April 7, 1916.) Motion denied, without costs.

Lillian T. DEMPSEY, appellant, v. Michael F. O'ROURKE, as administrator, etc., appellant; Emma R. Comly et al., respondents. (Supreme Court, Appellate Division, Second Department. April 7, 1916.) Motion denied, without costs, without prejudice to renewal of same if appellant do not comply with the order of this court of February 11, 1916, within twenty days.

Frederick D. DIEDRICH, Jr., respt., v. UNITED TRACTION COMPANY, applt. (Supreme Court, Appellate Division, Third Department. May 3, 1916.) Judgment and order unanimously affirmed with costs.

In the matter of the claim of Guiseppa DI PAOLO et al., etc., respts., v. THOMAS CRIMMINS CONTRACTING COMPANY, employer, and The Employers' Mutual Insurance Company of New York, insurance carrier, applts. (Supreme Court, Appellate Division, Third Department. May 3, 1916.) Award affirmed. All concur, except Lyon, J., dissenting.

Francesco DI TOMMASO, applt., v. SYRACUSE UNIVERSITY, respt. (Supreme Court, Appellate Division, Fourth Department. March 29, 1916.) Motion for leave to appeal to Court of Appeals granted, and questions for review certified.

Arthur L. DIXON, plff., v. VELIE MOTOR VEHICLE CO., deft. (Supreme Court, Appellate Division, Fourth Department. March 8, 1916.) Appeal dismissed without costs upon stipulation filed.

Isabella R. DOERFLER, appellant, v. Sarah E. POTTBERG, individually, etc., et al., defendants; Abraham Doerfler, respondent. (Supreme Court, Appellate Division, Second Department. May 5, 1916.) Motion denied, with $10 costs.

Frank DONATO, appellant, v. John D. HALLOCK et al., respondents; Annie Metzler et al., defendants. (Appeal No. 1.) (Supreme Court, Appellate Division, Second Department. March 31, 1916.) Interlocutory judgment affirmed, with costs, on authority of Bachmann v. Spinghel, 164 App. Div. 725, 149 N. Y. Supp. 610. Jenks, P. J., and Thomas, Stapleton, and Mills, JJ., concur. Carr, J., not voting.

Frank DONATO, appellant, v. John D. HALLOCK et al., respondents; Robert Pickens and another, defendants. (Appeal No. 2.) (Supreme Court, Appellate Division, Second Department. March 31, 1916.) Interlocutory judgment affirmed, with costs, on authority of Bachmann v. Spinghel, 164 App. Div. 725, 149 N. Y. Supp. 610. Jenks, P. J., and Thomas, Stapleton, and Mills, JJ., concur. Carr, J., not voting.

In the matter of the application of Vincent P. DONIHEE for the cancellation of assessments, etc., for acquiring title to West 27th Street, etc. (Supreme Court, Appellate Division, Second Department. May 12, 1916.) The grant was asked for and accepted by the city. If, as now appears, the ceded title did not reach to the street center line, there is no ground to charge deceit, fraud, or bad faith. The city having accepted and recorded the deed, and having never rejected same, cannot now disaffirm, without restoring respondent to his original position, which it is now too late to do. Order affirmed, with $10 costs and disbursements. Jenks, P. J., and Stapleton, Mills, Rich, and Putnam, JJ., concur.

Mary E. DONOHUE et al., by James Donohue, their guardian ad litem, Respondents, v. John PEPPARD and George F. McInerney, Appellants. (Supreme Court, Appellate Division, Second Department. May 12, 1916.) Appeal from Special Term, Kings County. Action by Mary E. Donohue and others against John Peppard and another. From a judgment for plaintiffs, defendants appeal. Reversed, and new trial granted.

PER CURIAM. We think that the evidence of the relations between the decedent on the one side and the defendants and her brother James on the other, and of her feeble condition, was such that the defendants were called upon to prove affirmatively that the deed was her vol-